UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST CITIZENS BANK AND TRUST )<br>COMPANY, INC., Assignee and )<br>Successor in Interest to the Federal )<br>Deposit Insurance Corporation as )<br>Receiver for Georgian Bank, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HORTON HOMES, INC., )<br>)<br>N.D. HORTON, JR., )<br>a/k/a NEVILS D. HORTON, JR. )<br>a/k/a N. DUDLEY HORTON, JR., )<br>)<br>N.D. HORTON, JR., Trustee of N.D. )<br>HORTON, JR. REVOCABLE TRUST, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>1. HORTON HOMES, INC., )<br>)<br>2. N.D. HORTON, JR., )<br>a/k/a NEVILS D. HORTON, JR. )<br>a/k/a N. DUDLEY HORTON, JR., )<br>)<br>3. N.D. HORTON, JR., Trustee of N.D. )<br>HORTON, JR. REVOCABLE TRUST, ) | CIVIL ACTION FILE NO:<br><br>1:14-cv-02751--RGV |

4. 21ˢᵀ MORTGAGE CORPORATION )
(DISMISSED), )
 )
5. LEGACY HOUSING, LP )
 )
6. LITTLE RIVER METAL )
RECYCLING, LLC (DISMISSED), )
 )
7. LUMBERMEN'S UNDERWRITING )
ALLIANCE, )
 )
      Respondents. )
                                  )

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISBURSE PROCEEDS

Plaintiff's Motion to Disburse Proceeds came on for review before this Court, and this Court, having reviewed Plaintiff's Motion and the record and evidence on file in this case, hereby FINDS that:

1. Defendant Horton Homes, Inc. ("H. Homes") owned the personal property sold at 175 and 186 Industrial Boulevard, Eatonton, Georgia 31024 and 902 fka 904 Oak Street, Eatonton, Georgia 31024 ("Personalty"). Some, if not all, of the Personalty was comprised of personal property moved from 101 Industrial Boulevard, Eatonton, Georgia 31024 (the former premises of H. Homes) and other real estate

purchased by Legacy Housing, LP at the September 1, 2015 Putnam County Ad Valorem Tax Sale. The proceeds ($315,013.26) from the sale on March 31, 2016 of said Personalty are now on deposit in the Registry of this Court.

2. Legacy Housing, LP made a claim to certain Personalty and fixtures. Said claim has been settled by the Parties [Doc. 106]. Therefore, Legacy retains certain Personalty on which Plaintiff and Legacy have agreed.

3. Defendant Horton Homes, Inc.'s ownership interest in the Personalty and the $315,013.26 in Proceeds generated by the sale of the Personalty was and is subject to Plaintiff's Judgment, recorded Writ of Execution, and Security Agreement and recorded UCC-1 ("Perfected Security Interest").

4. Based on its Judgment and Perfected Security Interest, Plaintiff holds a first-priority interest in the Personalty and said interest continues in the Proceeds.

5. Horton Iron Works, LLC and The Putnam Group, LLC do not have and have never had any interest in both the Personalty and the Proceeds.

6. Because of its first-priority interest in the Proceeds, Plaintiff is entitled

to the $315,013.26 (the Proceeds) which is on deposit in the Registry of the Clerk of Court.

It is therefore,

ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $315,013.26, plus all accrued interest, minus any statutory user's fees, payable to Plaintiff First Citizens Bank and Trust Company, Inc., assignee and successor in interest to the Federal Deposit Insurance Corporation as Receiver for Georgian Bank, and mail or deliver the check to the office of Plaintiff's attorneys at 80 Peachtree Park Drive NE, Atlanta, Georgia 30309, per Ga. R. USDCTND LR 67.1(D).

SO ORDERED this 2nd day of June, 2016.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

**[SIGNATURE OF PLAINTIFF'S COUNSEL ON FOLLOWING PAGE]**

Presented by:

STOKES CARMICHAEL & ERNST LLP

*/s/ Marion B. Stokes*
Marion B. Stokes
Georgia Bar No. 683500
Jordan S. Chrietzberg
Georgia Bar No. 243942
Attorneys for Plaintiff
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320
Tel:   (404) 352-1465
Fax:  (404) 352-8463
SCE No. 14-01175
mbs@scelaw.com
jsc@scelaw.com